BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-00131-KJN |
| Plaintiff, | ORDER CONTINUING TRIAL DATE |
| v. | |
| GERALD LEVON JEFFREY JR., | |
| Defendant. | |

It is hereby ordered that the court trial scheduled for August 5, 2015 at 9:00 a.m., is continued to September 23, 2015, at 9:00 a.m.

Dated: July 29, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1